IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF:              )        CASE NO. 04-50554
                               )        JUDGE SHEA-STONUM
HISSTORY, LLC                  )        CHAPTER 7
                               )
DEBTORS                        )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable. The names of the persons to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

WM. B. EERDMANS PUBLISHING CO.                    $78.15 +
255 JEFFERSON AVENUE, S.E.
GRAND RAPIDS, MI 49503-4570

CASH REGISTER STORE.COM, INC.                     $398.68 +
SUITE I
12730 COMMONWEALTH DRIVE
FORT MYERS, FL 33913

ROGER WIECK                                       $158.02 +
C/O PIERPONT MORGAN LIBRARY
29 EAST 36TH STREET
NEW YORK, NY 10016

A LARRY ROSS COMMUNICATIONS                       $3,444.75 +
12300 FORD ROAD
SUITE 212
DALLAS, TX 75234

GOLD CROWN VALET PARKING, INC.                    $90.32
9302 FOREST LANE
SUITE B102
DALLAS, TX 75243

$4,169.92

ck # 201

receipt # 81182

2. Trustee's check for $4,169.92 payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.


Date: <u>January 5, 2010</u>                    /s/ KATHRYN A. BELFANCE
                                                                                            KATHRYN A. BELFANCE
                                                                                           TRUSTEE